IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED DRILLING, INC.,
a New Mexico corporation,

      Plaintiff,

vs.                                        Civ. No. 97-283 SC/WWD

PETROSUN EXPLORATION & PRODUCTION,
INC., an Arizona corporation, and GORDON
LEBLANC, JR.,

      Defendants.

## ORDER

    This matter having come before the Court upon Plaintiff's Motion to Deem Facts Admitted [docket no. 25]; the Defendants having failed to respond to the motion; and the Court finding that the Defendants have failed to respond to properly served requests for admissions made by the Plaintiff;

    **IT IS ORDERED** that Plaintiff's Requests for Admissions served on Defendants by mail on October 6, 1997, are deemed admitted in each and every particular contained in the requests.

_____
UNITED STATES MAGISTRATE JUDGE